# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### NORTHERN DIVISION

**In the Matter of:**

                                  **CHAPTER 13 PROCEEDINGS**

**WILLIAM LEBLANC**          **CASE NUMBER: 06-20081**
                                  **HON: DANIEL S OPPERMAN**

              **Debtor(s).**
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $94.00 for deposits in the U. S. Registry as evidenced by the attached Check No. 271877 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on various dates on behalf of the following creditor:

     Level Propane

     Creditor disbursement and mail has been returned as undeliverable, believe out of business.

Date: September 30, 2011                      /s/ Thomas W McDonald
                                                     Thomas W McDonald, Jr.
                                                     Chapter 13 Trustee
                                                     3144 Davenport Ave
                                                     Saginaw Mi 48602
                                                     Telephone (989) 792-6766
                                                     ecf@mcdonald13.org